# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WARDELL LEWIS

VERSUS

BAKER PIGGLY WIGGLY, LLC
D/B/A SHOPPERS VALUE FOODS

NO. 2024 CW 0855

**DECEMBER 23, 2024**

---

In Re:    Baker Piggly Wiggly, LLC d/b/a Shoppers Value Foods,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 722176.

---

BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.

    **WRIT DENIED.**

                **PMc**
                **JEW**
                **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT